**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 468 MAL 2021

         Respondent              :

                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

         v.                            :

LANCE ROSS SHAFFER,             :

         Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 4th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.

     Justice Brobson did not participate in the consideration or decision of this matter.